TCL 2020R00274

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 20-mj-384 HB |
| MONTEZ TERRIEL LEE | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about May 28, 2020, in the City of Minneapolis, in the State and District of Minnesota, the defendant, Montez Terriel Lee, maliciously damaged and destroyed by means of fire and explosive materials the Max It Pawn Shop, located at 2726 East Lake Street, a building used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

Liane M. Sellner, ATF Special Agent
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (means of video
conference and email) pursuant to
Fed. R. Crim. P. 41(d)(3)

Date: June 11, 2020

*Judge's signature*

City and state:   St. Paul, MN

The Honorable Hildy Bowbeer,
U.S. Magistrate Judge
*Printed name and title*