# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURT MINUTES – CRIMINAL | |
| | ) | BEFORE: Wilhelmina M. Wright | |
| Plaintiff, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | 20-cr-0168 (1) (WMW/ECW) |
| | ) | Date: | July 22, 2021 |
| Montez Terriel Lee, Jr., | ) | Court Reporter: | Timothy Willette |
| | ) | Courthouse: | Saint Paul |
| Defendant. | ) | Courtroom: | 7A |
| | ) | Time in Court: | 9:00 a.m. – 9:45 a.m. |
| | ) | Time in Court: | 45 Minutes |

**APPEARANCES:**

For Plaintiff:   Thomas Calhoun-Lopez, Assistant United States Attorney

For Defendant:  Bruce M. Rivers, Retained

**PROCEEDINGS:**

√  Plea Hearing.
√  Plea:
   √  Guilty as to Count 1 of the Indictment.
√  Presentence Investigation and Report requested.
√  Sentencing will be scheduled at a future date and time before Judge Wilhelmina M. Wright.
√  Defendant remanded to the U.S. Marshal.

s/Mona Eckroad
Courtroom Deputy