# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

v.

Montez Terriel Lee, Jr.,

      Defendant.

Crim. No. 20-168 (JWB/ECW)

**ORDER TO SHOW CAUSE**

---

Thomas Calhoun-Lopez, Esq., and William C. Mattessich, Esq., United States Attorney's Office, counsel for Plaintiff.

Kira Aakre Kelley, Esq., counsel for Defendant.

---

This matter concerns Defendant Montez Terriel Lee, Jr.'s Motion to Vacate Sentence under 28 U.S.C. § 2255 (the "Motion"). (Doc. No. 97.) The Motion, which was filed on April 27, 2023, claims that Defendant was deprived of effective assistance of counsel in relation to his sentencing. The Government moved to dismiss the Motion on the basis of untimeliness. (Doc. No. 100.)

The Eighth Circuit ultimately found the Motion was timely and remanded the matter for consideration on the merits. (Doc. Nos. 117, 118.) Following the Eighth Circuit's issuance of the formal mandate, the Government was ordered to respond to Defendant's Motion on the merits by November 24, 2025, and Defendant was ordered to reply by December 22, 2025. (Doc. No. 120.) As of the date of this Order, the Government has not complied.

Accordingly, **IT IS HEREBY ORDERED** that:

The Government must show cause why Defendant Montez Terriel Lee, Jr.'s Motion to Vacate Sentence under 28 U.S.C. § 2255 (Doc. No. 97) should not result in the Court taking the Motion under consideration without further briefing or ordering other appropriate relief. The Government's response to this Order must be in writing and filed and served by **Friday, January 30, 2026**.

Date: January 14, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge