UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim No. 20-168 (JWB)

UNITED STATES OF AMERICA,

      Plaintiff,

                                  **NOTICE REGARDING**

v.                         **PRESENTENCE REPORT**

MONTEZ TERRIEL LEE, JR.,

      Defendant.

The United States of America files this Notice to inform the Court and Defendant Lee that the presentence investigation report (PSR) filed under seal in this action is the subject of a Freedom of Information case filed in the United States District Court for the District of Columbia. *See America First Legal Foundation v. U.S. Department of Justice*, 22-1427 (RC) (D.D.C).

On September 26, 2025, the court in that case issued an order granting in part and denying in part the parties' cross motions for summary judgment. The order and accompanying memorandum opinion are attached as Exhibit 1 to this Notice. The court in the District of Columbia determined that the PSR cannot be withheld in its entirety for the reasons described in the attached memorandum opinion. The Department of Justice will soon be filing a motion to reconsider that decision, including based on D. Minn. LR 49.1 stating that

PSRs "must be filed under seal" and because the PSR is sealed in this case.[1] Given the ongoing litigation regarding disclosure of the PSR in the FOIA litigation, the PSR has not been disclosed in whole or in part in the FOIA litigation.

The United States has notified the United States Probation and Pretrial Services Office for the District of Minnesota of the above.

The United States will continue to keep the Court, defense, and the United States Probation and Pretrial Services Office for the District of Minnesota apprised of developments in the FOIA litigation impacting the confidentiality of the PSR.

Dated: March 25, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Katharine T. Buzicky*

BY: KATHARINE T. BUZICKY
Assistant U.S. Attorney
Attorneys for United States

---

[1] The parties have filed a consent motion for an extension of time to April 10, 2026, to file the motion for reconsideration in the FOIA litigation.